**Order entered June 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00032-CV

**E-SYSTEMS CORPORATION, RONALD FINLAYSON, AND DAVID ZISSKIND,**
**Appellants**

**V.**

**LIQUID CAPITAL EXCHANGE, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16142**

## ORDER

Before the Court is appellee's June 15, 2018 unopposed motion for second extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 23, 2018. We caution appellee that further extension requests will be disfavored.

/s/     DAVID EVANS
         JUSTICE